# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RAMONA HERRERA,

    Plaintiff,

v.                                                    Case No: 8:25-cv-749-WFJ-AAS

EQUIFAX INFORMATION SERVICES
LLC, TRANS UNION LLC and
MIDFLORIDA CREDIT UNION,

    Defendants.
_____/

## **O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 20)** that the above-styled action has been settled as to Defendant Equifax Information Services LLC ("Equifax") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax only.

**DONE** and **ORDERED** in Tampa, Florida on April 21, 2025.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record